1  R. Shawn Oller; AZ Bar No. 019233
   soller@littler.com
2  Cory G. Walker; AZ Bar No. 027853
   cgwalker@littler.com
3  LITTLER MENDELSON, P.C.
   Camelback Esplanade
4  2425 East Camelback Road
   Suite 900
5  Phoenix, AZ  85016
   Telephone:   602.474.3600
6  Facsimile:   602.957.1801

7  Attorneys for Defendants
   COLETTA SPURLING, INC., d/b/a/ LOS OLIVOS HAND
8  CAR WASH and COLETTA SPURLING

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| José Alonzo Pacheco Ornelas, single man; José Del Carmen Camacho Jimenez, single man; Leonardo Cax Perez, single man; Victorino Castañeda Martinez, single man; and a class of others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>Coletta Spurling, Inc., an Arizona Corporation d/b/a/ Los Olivos Hand Car Wash; Coletta Spurling, a single woman; and John Does 1-5,<br><br>　　　　　Defendants. | Case No. CV-2018-00465-DGC<br><br>**NOTICE OF SETTLEMENT** |

   Defendants hereby give notice that the parties have reached a settlement of the claims in the above-referenced matter.  The parties anticipate that they will file a stipulation and form order for dismissal of this case with prejudice within the next 30 days.

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

RESPECTFULLY SUBMITTED this 19th day of June, 2018

        *s/ Cory G. Walker*
        R. Shawn Oller
        Cory G. Walker
        LITTLER MENDELSON, P.C.
        *Attorneys for Defendants*
        Coletta Spurling, Inc. d/b/a/ Los Olivos Hand Car Wash and Coletta Spurling

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and mailed a copy of same to the following if non-registrants, this 19th day of June, 2018 to:

Nicholas J. Enoch
Jarrett J. Haskovec
Stanley Lubin
LUBIN & ENOCH, P.C.
349 North Fourth Avenue
Phoenix, Arizona  85003
*Attorneys for Plaintiffs*

*s/ Linda Bullis*
Firmwide:155403685.1 097025.1001

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

-2-